PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDUARDO DELGADO,<br><br>   Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security,<br><br>   Defendant. | CIVIL NO. 2:24-cv-1576-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

   IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

   Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  November 4, 2024     */s/ Kevin Heitke\**
                                            KEVIN HEITKE
                                            Attorney for Plaintiff
                                            *Authorized via e-mail on November 4, 2024

                                            PHILLIP A. TALBERT
                                            United States Attorney
                                            MATHEW W. PILE
                                            Associate General Counsel
                                            Social Security Administration

                               By:     /s/ *Erin Jurrens*
                                            ERIN JURRENS
                                            Special Assistant U.S. Attorney

                                            Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

IT IS SO ORDERED.

Dated:     November 4, 2024     _____
                                                        JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE